# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JACQLYN HOWLAND,** *et al.* | : | **CIVIL ACTION** |
| *Plaintiffs* | : | |
| | : | **NO. 22-2686** |
| **v.** | : | |
| | : | |
| **THE CINCINNATI INSURANCE COMPANY** | : | |
| | : | |
| *Defendant* | : | |

# ORDER

**AND NOW**, this 20th day of November 2023, upon consideration of Defendant's *motion for summary judgment*, [ECF 10], Plaintiffs' response in opposition, [ECF 11], and Defendant's reply, [ECF 15], it is hereby **ORDERED**, for the reasons set forth in the accompanying Memorandum Opinion, that as to:

1. Count I of the complaint, the breach of contract claim, the motion is **DENIED**;

2. Count II of the complaint, the bad faith claim, the motion is **GRANTED**. Accordingly, judgment is entered in favor of Defendant and against Plaintiff on this claim; and

3. Count III of the complaint, the declaratory judgment claim, the motion is **DENIED**.[1]

   **BY THE COURT:**

   /s/ *Nitza I. Quiñones Alejandro*
   **NITZA I. QUIÑONES ALEJANDRO**
   *Judge, United States District Court*

---

[1] By separate Order dated November 20, 2023, Plaintiffs' partial motion for summary judgment as to Count III was granted. Thus, the only claim remaining is the breach of contract claim, Count I of the complaint.